United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    In re:                                           No. C-06-2418 MMC

12    BETTA PRODUCTS, INC.,                             **ORDER OF REFERRAL**

13                  Reorganized Debtor

14    _____

15    TRANSGLOBAL COMMUNICATIONS
      GROUP USA, INC.,
16
                      Plaintiff,
17        v.

18    BETTA PRODUCTS, INC., et al.,

19                  Defendants
      _____/

20

21          The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to

22    District Judge Charles R. Breyer for consideration of whether the case is related to <u>Betta

23    Products, Inc. v. Transglobal Communications</u>, C-05-2273 CRB.

24          **IT IS SO ORDERED.**

25

26    Dated: April 12, 2006                       _____
                                                  MAXINE M. CHESNEY
27                                                United States District Judge

28

Dockets.Justia.com