IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | No. C-06-2418 MMC |
| BETTA PRODUCTS, INC., | **ORDER OF REFERRAL** |
| Reorganized Debtor | |
| _____ | |
| TRANSGLOBAL COMMUNICATIONS GROUP USA, INC., | |
| Plaintiff, | |
| v. | |
| BETTA PRODUCTS, INC., et al., | |
| Defendants / | |

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to District Judge Charles R. Breyer for consideration of whether the case is related to <u>Betta Products, Inc. v. Transglobal Communications</u>, C-05-2273 CRB.

**IT IS SO ORDERED.**

Dated: April 12, 2006

MAXINE M. CHESNEY
United States District Judge