```
1  Daren R. Brinkman (State Bar No. 158698)
   Laura J. Portillo (State Bar. No. 186813)
2  BRINKMAN PORTILLO, PC
3  4333 Park Terrace Drive, Suite 205
   Westlake Village, CA 91361
4  Telephone: (818) 597-2992
   Facsimile: (818) 597-2998
5

6  Special Counsel to Betta Products Inc.,
   and Dennis Walsh
7
```

8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  TRANSGLOBAL COMMUNICATIONS ) <br> GROUP USA, INC., ) <br> 12                                     ) <br>                                       ) Case No.  CV-06-2418 CRB <br> 13                                     ) <br>                  Plaintiff,          ) <br> 14        vs.                         ) **NOTICE OF WITHDRAWAL OF** <br>                                       ) **DEFENDANTS' MOTION TO** <br> 15  BETTA PRODUCTS, INC., a California ) **WITHDRAW THE REFERENCE FROM** <br>     corporation, DENNIS WALSH, an individual, ) **BANKRUPTCY COURT TO U.S.** <br> 16  and Does 1 through 50, inclusive,  ) **DISTRICT COURT FOR CAUSE** <br>                                       ) <br> 17                                     ) <br>                                       ) <br> 18                Defendants.          ) <br>                                       ) <br> 19                                     ) <br>                                       ) <br> 20                                     ) <br>                                       ) <br> 21 _____ ) | |

22

23   **TO THE HONORABLE CHARLES R. BREYER, UNITED STATES DISTRICT**

24   **JUDGE AND TO PLAINTIFF NAMED HEREIN:**

25       Betta Products, Inc., ("Betta") and Dennis Walsh (collectively, "Defendants") hereby

26   file this Notice of Withdrawal of Defendants' Motion to Withdraw the Reference From

27

28
                                          1
                                                  Case No. C 06-02418 CRB
                                                  NOTICE OF WITHDRAWAL OF
                                                  MOTION

1 | Bankruptcy Court to U.S. District Court For Cause, which motion was transmitted to this Court
2 | by the Bankruptcy Court on April 3, 2006.

Transglobal Communications Group, USA, Inc., ("Plaintiff") and Defendants have, by agreement and stipulation, filed the substantive issues of the case that Defendants wished to withdraw to the District Court as a counter claim in a presently existing case before Judge Breyer, Case No. C 05-02273 CRB. The stipulation between Plaintiff and Defendants has already been filed in Case No. C 05-02273 CRB and an order giving effect to the stipulation has been entered. There is no longer any need to have these issues continue as a separate case.

Defendants give notice that their Motion to Withdraw the Reference From Bankruptcy Court to U.S. District Court For Cause is hereby withdrawn.

Respectfully Submitted,

Dated: April 20, 2006

BRINKMAN PORTILLO, PC

/s/ Laura J. Portillo
Laura J. Portillo
Special Counsel to Betta Products, Inc., and Dennis Walsh



April 24, 2006

Case No. C 06-02418 CRB
NOTICE OF WITHDRAWAL OF MOTION

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

The undersigned certifies and declares as follows:

I am employed in the City of Westlake Village, and the County of Los Angeles, in the State of California. I am over the age of 18 and not a party to the within action. I am employed by Brinkman Portillo, PC, whose business address is 4333 Park Terrace Drive, Westlake Village, CA 90025.

On **April 20, 2006**, I served the forgoing documents described as:

**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE FROM BANKRUPTCY COURT TO U.S. DISTRICT COURT FOR CAUSE**

[X] by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

McGuireWoods
Leslie M. Werlin
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
[X] **BY MAIL**

[X] I deposited such envelope in the U.S. mail drop box at Westlake Village, California. The envelope was mailed with postage thereon fully prepaid.

[X] I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

[X] **(Federal)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **April 20, 2006**, at Westlake Village, California.

Luis Carmona